IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERGLADES GAME TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 14-641-GMS ) (CONSOLIDATED) |
| SUPERCELL, INC., | ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Lauren E. Whittemore of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104 and Adam M. Lewin and William L. Pierog of Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, CA 94041 to represent defendant Supercell, Inc. in this matter.

        POTTER ANDERSON & CORROON LLP

By:   */s/ David E. Moore*
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19801
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
Dated: April 15, 2015       bpalapura@potteranderson.com
1186908 / 41630

*Attorneys for Defendant Supercell, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court.

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 15, 2015            Signed: */s/ Lauren E. Whittemore*
                                                   Lauren E. Whittemore
                                                   FENWICK & WEST LLP
                                                   555 California Street, 12th floor
                                                   San Francisco, CA 94104
                                                   Tel: (415) 875-2300
                                                   lwhittemore@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court.

☑ will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 15, 2015              Signed: */s/ Adam M. Lewin*
                                  Adam M. Lewin
                                  FENWICK & WEST LLP
                                  Silicon Valley Center
                                  801 California Street
                                  Mountain View, CA 94041
                                  Tel: (650) 988-8500
                                  alewin@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court.

  ☑ will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 15, 2015       Signed: */s/ William L. Pierog*
                William L. Pierog
                FENWICK & WEST LLP
                Silicon Valley Center
                801 California Street
                Mountain View, CA 94041
                Tel: (650) 988-8500
                wpierog@fenwick.com